# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY DEDMON,<br><br>　　　　　Defendant. | Case No.:  3:20-cr-02467-JAH-03<br><br>**ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

　　　　On August 15, 2025, Defendant Zachary Dedmon ("Defendant") filed an unopposed motion for early termination of supervised release. ECF No. 84. Defendant represents that he has completed more than 48 months of supervised release, or more than two-thirds of his five-year term of probation, at the time of filing his motion. ECF No. 84-1 at 1.

　　　　Defendant represents that he has had no issue while on supervised release since his release from federal custody on August 10, 2021, and on August 8, 2025, the United States Probation Office for the Southern District of California indicated that it had no objection to his motion. ECF No. 84-1 at 4. Defendant represents that the United States has lodged no objection and defers to the United States Probation Office given Defendant's successful completion of two-thirds of his term of supervised release. *Id*. at 5. Defendant represents that he is gainfully employed, has made meaningful contributions to his community, and has received strong

endorsements from community members. *Id.* at 5-6.

Finding no objection by the United States or the Probation Office for the Southern District of California, the Court accordingly ORDERS that Defendant's motion for early termination of supervised release is granted pursuant to 18 U.S.C. § 3583(e)(1).

**IT IS SO ORDERED**.

DATED: August 19, 2025

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE